# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

—————————————————

Case No. 6D2024-1145
Lower Tribunal No. CF21-006186-XX

—————————————————

KALE JOSEPH RYAN MCCLOUGHEN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

—————————————————

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Polk County.
Cassandra L. Denmark, Judge.

June 16, 2026

PER CURIAM.

AFFIRMED.

NARDELLA, KAMOUTSAS and PRATT, JJ., concur.


Kale Joseph Ryan McCloughen, Avon Park, pro se.

James Uthmeier, Attorney General, Tallahassee, and David Campbell, Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED